# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| C.J. GIDEON, JR. and CECILE GIDEON, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:17-cv-00851 |
| J. THOMAS MYERS, II and KATHERINE S. MYERS, | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 19), which was filed on April 25, 2018. Through the Report And Recommendation, the Magistrate Judge concludes that Plaintiffs' Motion For Summary Judgment (Doc. No. 15) should be granted, and that Plaintiffs should be awarded the amount of $78,843.75, plus per diem interest accrued since January 1, 2018, and the costs of collection, including reasonable attorney's fees, accruing on or after June 9, 2017. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes that it should be adopted and approved. Accordingly, Plaintiffs' Motion For Summary Judgment (Doc. No. 15) is **GRANTED**, and Plaintiffs are awarded $78,843.75, plus per diem interest accrued since January 1, 2018, and the costs of collection, including reasonable attorney's fees, accruing on or after June 9, 2017.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE